ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

**ORDERED SEALED BY COURT**
UNSEALED AS OF 1/17/08

FILED
08 JAN 23 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
4068 44th Street, Apartment 104
San Diego, California 92105

**SEARCH WARRANT**

CASE NUMBER:

**'08 MJ 0126**

TO: <u>Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____<u>Special Agent Robert A. Harris</u>____ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☒ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ <u>Southern</u> District of <u>California</u> _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____<u>Nita L. Stormes</u>_____
                                                                                                                          U.S. Judge or Magistrate
as required by law.

<u>1-15-08 @ 4:05 PM</u>            at   San Diego, California
Date and Time Issued                       City and State

Nita L. Stormes, Magistrate Judge                  /s/ Nita L. Stormes
Name and Title of Judicial Officer                 Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/15/2008 | 1/16/2008 6:30 AM | LEFT AT RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF: SA Suzanne Duke

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____        1-23-08
U.S Judge or Magistrate                              Date

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
4068 44th Street, Apartment 104
San Diego, California 92105

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>       and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ <u>Special Agent Robert A. Harris</u> _____ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ Nita L. Stormes _____
as required by law.                                                                U.S. Judge or Magistrate

_1-15-08 @ 4:05 PM_       at   San Diego, California
Date and Time Issued                 City and State

Nita L. Stormes, Magistrate Judge         [signature]
Name and Title of Judicial Officer         Signature of Judicial Officer

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Melvin Bibbs
(Street Address) 4068 44th St, Apt 104
(City) San Diego CA 92105

Description of Item(s):
407KCQSS10734-ATT-P40
Silver AT+T cell phone / charger
Black Cricket cell phone F0738022175
Black/Silver Cricket cell phone E07060155538
Black scale w/ white powder model FR-150
3 Cal Drivers Lic Melvin Bibbs N7863828
3 Cal ID Cards Kimiko Bibbs N0213228
White note pad
Phone bills / Cashiers check / Bank summary
Green leafy was on Don Tucker 1-15-55
Broken glass pipe in maverick box (red)
Green leafy substance in bag
White substance in bag
Silver gun Model MP-25  1029152
magazine with 4 rounds
Black/Blue Cricket cell phone F00000197146584
Green leafy in maverick box (green)
White powder + pieces in white container/razer
21 × $20 = 420  3 × $10 = 30  6 × $5 = 30  20 × $1 = 20
Cal DL Melvin Bibbs N7863828

Received By: _____ (Signature)
Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 01/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name): Melvin Bibbs
(Street Address): 4068 44th St Apt 104
(City): San Diego CA 92105

Description of Item(s): Cal ID Reginald Fowler D4277068 Social Sec card 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 Melvin Bibbs Social Sec card 077-46 9014 Daphine Rae Cal DL Document Daphne Jacks N7927160 Pill bottle with several different types Daphne Jackson

Received By: _____ (Signature)
Received From: _____ (Signature)

## ATTACHMENT A

### THE PREMISES TO BE SEARCHED

(RESIDENCE OF Melvin Andre BIBBS)

The residence at **4068 44th Street, Apartment 104, San Diego, California 92105** is further described as follows:

The residence is contained in a two-story apartment building having a primarily cream stucco exterior with green trim and a pitched roof, with the numbers "4068" affixed to the east side of the outside wall of the residence in black. The building is located on the east curb line of 4068 44th Street. Apartment 104 is on the first floor with a white metal security door covering a wooden door that faces south. The number 104 is in the center of the front wooden door.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

### (RESIDENCE OF Melvin Andre BIBBS)

1. Controlled substances, including but not limited to cocaine base, and paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s), including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.